**2011–0530. State v. Clemmons.**
Montgomery App. No. 23237, 2010-Ohio-3109. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2011–0548. State v. Conner.**
Lucas App. No. L–09–1159, 2010-Ohio-6500. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2011–0574. State v. Martin.**
Cuyahoga App. No. 95281, 2011-Ohio-222. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, C.J., dissents.

**2011–0575. State v. Nooks.**
Montgomery App. No. 23591, 2010-Ohio-5049. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LANZINGER, JJ., dissent.

**2011–0583. State v. Parsons.**
Auglaize App. No. 2–10–27, 2011-Ohio-168. On motion for leave to file delayed appeal. Motion granted.
O'DONNELL, J., dissents.

**2011–0595. State v. Little.**
Lorain App. No. 10CA009758, 2011-Ohio-768. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, C.J., and McGEE BROWN, J., dissent.

**2011–0596. State v. Bostic.**
Cuyahoga App. No. 96170. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, CUPP, and McGEE BROWN, JJ., dissent.

**2011–0602. State v. Millan.**
Cuyahoga App. No. 94723, 2011-Ohio-331. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2011–0107. In re J.V.**
Cuyahoga App. No. 94820, 2010-Ohio-5490.
CUPP and McGEE BROWN, JJ., would accept the appeal on Proposition of Law No. I only. PFEIFER, J., dissents.

**2011–0312. Hartley v. State.**
Licking App. No. 10 CA 65, 2011-Ohio-96. Discretionary appeal accepted; cause held for the decision in 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.
O'CONNOR, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2011–0412. State v. Hooper.**
Montgomery App. No. 22883. Discretionary appeal accepted; cause held for the decision in 2010–1007 and 2010–1372, *State v. Lester*, Auglaize App. No. 2–10–20; and briefing schedule stayed.
PFEIFER, LUNDBERG STRATTON, and McGEE BROWN, JJ., dissent.